**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: RICHARD J. MERCAITIS & REBECCA L. MERCAITIS     Case Number: 04-75657
1028 - 22ND STREET                                     SSN-xxx-xx-5108 & xxx-xx-7552
ROCKFORD, IL  61108

                                        Case filed on:      11/12/2004
                                        Plan Confirmed on:  3/18/2005
P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $39,520.41     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 0.00 | 0.00 | 23,550.08 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 23,550.08 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 998 | RICHARD J. MERCAITIS | 0.00 | 0.00 | 79.19 | 0.00 |
| 999 | RICHARD J. MERCAITIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 79.19 | 0.00 |
| 002 | NATIONAL CITY MORTGAGE COMPANY | 6,826.33 | 6,826.33 | 6,826.33 | 0.00 |
|  | Total Secured | 6,826.33 | 6,826.33 | 6,826.33 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 370.88 | 370.88 | 370.88 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COUNTRY MUSIC MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 1,177.77 | 1,177.77 | 1,177.77 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 163.32 | 163.32 | 163.32 | 0.00 |
| 009 | LIBERTY MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MET LIFE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PHIL HERLIKEY DDS | 380.00 | 380.00 | 380.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 1,764.70 | 1,764.70 | 1,764.70 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SEXSON ORTHODONTICS | 952.30 | 952.30 | 952.30 | 0.00 |
| 018 | SAINT FRANCIS HOSPITAL-EVANSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ST ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | TODD D. ALEXANDER MD SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | US WEEKLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ASSET ACCEPTANCE LLC | 519.77 | 519.77 | 519.77 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 106.25 | 106.25 | 106.25 | 0.00 |
|  | Total Unsecured | 5,434.99 | 5,434.99 | 5,434.99 | 0.00 |
|  | Grand Total: | 14,961.32 | 14,961.32 | 38,590.59 | 0.00 |

Total Paid Claimant:      $38,590.59
Trustee Allowance:        $929.82          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   100.00          discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                By  /s/Heather M. Fagan